**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 37592**

| | |
|---|---|
| STATE OF IDAHO, | 2010 Unpublished Opinion No. 740 |
| Plaintiff-Respondent, | Filed: December 10, 2010 |
| v. | Stephen W. Kenyon, Clerk |
| STEVEN REED CANNON, | THIS IS AN UNPUBLISHED OPINION AND SHALL NOT |
| Defendant-Appellant. | BE CITED AS AUTHORITY |

Appeal from the District Court of the Fifth Judicial District, State of Idaho, Twin Falls County. Hon. G. Richard Bevan, District Judge.

Judgment of conviction and unified sentence of five years, with a minimum period of confinement of six months, for burglary, <u>affirmed</u>.

Molly J. Huskey, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Chief Judge, GUTIERREZ, Judge
and MELANSON, Judge

_____

PER CURIAM

Steven Reed Cannon was convicted of burglary, Idaho Code § 18-1401. The district court imposed a unified sentence of five years, with a minimum period of confinement of six months, to run consecutively to a previously imposed sentence, and retained jurisdiction. Cannon appeals, contending that the sentence is excessive because it was ordered to run consecutively rather than concurrently with his previously imposed sentence.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of a sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App.

1

1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Cannon's judgment of conviction and sentence are affirmed.